1 Ward Petroleum Corporation, individually and as assignee of Wolf Resources, LLC; and Ward Energy Investments, LLC, individually and as assignee of Wolf Resources, LLC, Plaintiffs-Appellants, v. Gregory Kent; Dacono Investments, Inc., a Colorado corporation; and General Land Development Corporation, LLC, a Colorado limited liability company, Defendants-Appellees. No. 20CA1513
Court of Appeals of Colorado, Sixth Division
January 6, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Weld
 County District Court No. 19CV30538 Honorable Todd Taylor,
 Judge
 
 
 
 OPINION
 
 
 
 WELLING, JUDGE
 
 
 JUDGMENT
 AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 Fox
 and Johnson, JJ., concur